UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEVIN GAREY, *on behalf of himself and all others similarly situated*,

Plaintiffs,

v.

BUY BUY BABY, INC.,

Defendant.

1: 19-cv-01665-JPO

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Kevin Garey ("Plaintiff") and Buy Buy Baby, Inc. ("Defendant"), by and through their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that this action be and hereby is voluntarily and finally dismissed with prejudice, without costs or attorneys' fees.

Dated: _____June 26_____, 2019

SHALOM LAW, PLLC

By:_____
     Jonathan Shalom
124-04 Metropolitan Avenue
Kew Gardens, NY 11374
Tel: (718) 971-9474
Email: jshalom@jonathanshalomlaw.com

*Attorneys for Plaintiff*

**SO ORDERED:**

Dated: _____, 2019

MORGAN, LEWIS & BOCKIUS LLP

By:_____
     Douglas T. Schwarz
101 Park Avenue
New York, New York 10178
Tel: (212) 309-6890
Email: douglas.schwarz@morganlewis.com

*Attorneys for Defendant*

_____
United States District Judge